AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

United States of America )
v. )
 )
DEJUAN WYNNE )  Case No. 8:22MJ230
 )
 )
 )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 28, 2022 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Escape or Attempt to Escape from custody |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

RYAN ENGLE, United States Marshals Service
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means.

Date: 5/3/2022

*Judge's signature*

City and state: Omaha, Nebraska    MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF DEJUAN R. WYNNE

I, Ryan Engle, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of DeJuan R. Wynne (DOB 04/29/1993, SSN 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, FBI No. 650310FD0).

2. I am a Deputy United States Marshal, with the United States Department of Justice, United States Marshals Service, and have been so employed since April 1, 2010. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the Omaha, NE metro area.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated BOP facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for DeJuan R. Wynne. I do not include each and every fact known to me, but only those which I believe are sufficient to show probable cause.

## PROBABLE CAUSE

6. On March 10, 2014, DeJuan R. Wynne appeared before the federal district

court for the District of Nebraska before United States District Judge Smith Camp. DeJuan R. Wynne was sentenced for his conviction of possession of a firearm by a prohibited person (felon) in Case No. 8:13CR332-001 to 30 months incarceration to be followed by 3 years of supervised release.

7. On December 28, 2021, DeJuan R. Wynne was designated by the Bureau of Prisons for placement at Dismas Charities (Omaha, NE), an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the District of Nebraska pursuant to his conviction for possession of a firearm by a prohibited person, until June 21, 2022.

8. On or about the day of April 28, 2022, DeJuan R. Wynne knowingly escaped from custody from Dismas Charities.

9. On April 28, 2022, at approximately 5:16 p.m. Dismas Charities staff became aware that inmate DeJuan R. Wynne was unaccounted for at Dismas Charities. Dismas staff conducted a review of surveillance cameras on the premises located at 506 Crown Point Avenue in Omaha, NE. Dismas staff identified that inmate DeJuan R. Wynne left the Dismas facility without authorization on April 28, 2022, at approximately 5:16 p.m. and did not return to Dismas Charities.

10. Based on the information set forth, the United States Marshals Service respectfully requests an Arrest Warrant be issued for DeJuan R. Wynne.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 3rd day of May, 2022.

_____
RYAN ENGLE
Deputy US Marshal
United States Marshals Service

Sworn to before me by reliable electronic means:

Date: 05/03/2022

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge