IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | CASE NO. 8:22MJ230 |
| vs. | SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |
| DEJUAN WYNNE | |
| Defendant. | |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____    May 6, 2022
Defendant                                                    Date

_____    May 6, 2022
Attorney for Defendant                                Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 6th day of May, 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT